**City of Chicago, appellee, v. Hazel Brown, appellant. Gen. No. 28,618.**

Action to recover penalty for violation of ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Adolph Marks, for appellant. Francis X. Busch, Corporation Counsel, and Samuel Pincus, Prosecuting Attorney, and Jas. O'D. Willey, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Thomson delivered the opinion of the court.